**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**LISA MURPHY,**                                                   **PLAINTIFF**
**ADC #760343**

**v.**                    **CASE NO. 1:12CV00019 BSM-JJV**

**CHRISTOPHER G. RILEY, Captain,**                       **DEFENDANT**
**McPherson Unit, Arkansas Department
of Corrections**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby DISMISSED without prejudice for failure to prosecute. The relief sought is denied.

IT IS SO ADJUDGED this 2nd day of April 2012.

                                                                  _____
                                                                  UNITED STATES DISTRICT JUDGE